Dear courts, as a matter of abundance and cautious I Dilquon J Best formally place the court on notice of incidents taken place here at Western Tidewater Regional Jail in unit bravo 1 where inmates M. Saunders and M. Atkinson conspired to and did searched inmate J Spencer legal papers without his knowledge or permission on or about 12/26/23. I have my concerns about Marcus Moody and Prince Bell. An incident with Marcus Moody occurred the second week of December, I left my area to find my belongings disturbed and missed placed. He was extremely concerned about my case from the news and newspaper articles. Another incident occurred late January with Prince Bell, I left my area to find my discoveries and statement of facts disturbed and out of order. I strongly believe he read my legal papers and discoveries. I explained to my lawyer I wanted him to take extra measures to protect me, from the possible used of illegal gotten information from jail house informants regarding my case that could be used against me. I've witnessed an inmate searching another inmate legal papers for information regarding his case that could be used to say he voluntarily admitted guilt. I've plead not guilty and for the reasons stated above the court should be put on notice that since I've been incarcerated on this current federal indictment. I have not and will not discuss any details regarding my case to anyone other than my lawyer or any other outside counsel, therefore an attempt by a prosecutor to use a jail house informant against me should be viewed as prosecutorial misconduct and perjury done in bad faith.

I Dilquon J Best swear under penalties to perjury that the conclusion to my statement is true to the best of my knowledge. Dilquon Best 5/2/24